FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 19 2022

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk



**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

Baratunde D. Bruton #2100316

**1:22-CV- 2011**

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

① Officer mcpherson, ② Officer K.Gray #D1298,
③ SGT R Ford #3085. ④ LT M Adams #2417.
⑤ SGT. Bush, ⑥ Officer cash, ⑦ Sheriff Patrick Labot

(Enter above the full name of the defendant(s).)

### I. Previous Lawsuits

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes (  )    No ( ✓ )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is
more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s):     N/A

   Defendant(s):    N/A

2. Court (name the district):
   N/A

3. Docket Number:    N/A

I. **Previous Lawsuits (Cont'd)**

   4.  Name of judge to whom case was assigned:  _N/A_

   5.  Did the previous case involve the same facts?

       Yes ( )     No ( ✓ )

   6.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
       _N/A_

   7.  Approximate date of filing lawsuit:  _N/A_

   8.  Approximate date of disposition:  _N/A_

II. **Exhaustion of Administrative Remedies**
   Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

   A.  Place of Present Confinement:  _Fulton County Jail (901 Rice st.)_

   B.  Is there a prisoner grievance procedure in this institution?

       Yes ( ✓ )     No ( )

   C.  Did you present the facts relating to your complaint under the institution's grievance procedure?

       Yes ( ✓ )     No ( )

   D.  If your answer is YES:
       1.  What steps did you take and what were the results?
           _I wrote Officer mcpherson up on Grievence and the Result was he was written up for neglect. Officer K Grey was written up for unsafe conditions, my Grivences were not Investigated and closed._

       2.  If your answer is NO, explain why not:  _N/A_

Rev. 12/5/07

**III.    Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.    Name of Plaintiff: _Baratunde D. Brunson #2100316_
_phone # 912-281-2778_

Address(es): _Fulton County Jail   901 Rice st. Atlanta, GA, 30318_
(OR)
_1481 Marble way_
_Lawrenceville, GA 30043_

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.    Defendant(s): ① _Officer mcpherson_; ② _Officer K. Gray #D1298_;
③ _SGT R. Ford #3085_; ④ _LT. M. Adams #2417_
⑤ _SGT. Bush_   ⑥ _Officer cash_ ⑦ _Sheriff; Patrick Labot_

Employed as _Correctional officers / sheriffs Deputies,_
_Jail staff members; Sheriff_

at _Fulton County Jail     901 Rice st._
_Atlanta GA, 30318_

**IV.    Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① _Officer mcpherson the officer I told I was going to be stabbed_
② _Officer K. Gray #D1298 officer I told I was going to be stabbed;_
_and officer escorted me to medical after stabbing_
③ _SGT. R. Ford #3085 supervising officer who did investigation_
④ _LT. M. Adams #2417 supervising officer who did investigation_
⑤ _SGT. Bush officer supervising my displenary Hearing and Investigation_
⑥ _officer cash officer who failed to report confession and failed to_
_collect statement failed to report Incident to supervisor._
— _With all these officers Involved not one officer Brought charges_
_against Samanuel clemons my attacker, Even the Grievance community is trying to —_
⑦ _Sheriff - patrick Labot - wrote sheriff Informative letter of Incident - no response or Reply._

(See attached)
for official
statement

OFFICAL STATEMENT -

(1)

2/10/2021

On January 8th 2021 I (Ekaterina D. Birkin) was arrested
On January 25th 2021 I was moved to dorm S-n-U/2
with Inmate Samuel clemmons. On January 27 2021 Ricco osborne
another Inmate in Dorm S-north went to medical, and saw my
accuser- John Lee Billips at County medical, John Lee Billips was
also a Inmate in Fulton County Jail 901 Rice St. Atlanta GA 30318
John Lee Billips and Ricco osborne traded conversations about me and
the Incident I was arrested on. John Lee Billips Gave Ricco osborne
his Marcus number (404-542-????) and Instructions to Stabb me
upon Arriving back to the Dorm S-north Ricco osborne confronted
me and confirmed that John Lee Billips was my accuser.
Ricco osborne Showed to me Infront of Officer Cash that he had
Spoken to my Accuser of Gang members, and showed both me and
Officer Cash and other Inmates John Lee Billips lawyers number
404-542-???? and stated John Lee Billips was 2/10 arrested
and had a bond of $ 300.00, Ricco osborne stated that
John Lee Billips Wanted to Stabb me! In Retaliation,
Officer Cash asked Ricco osborne did he want to make
a offical statement on my behalf, Ricco osborne agreed,
Officer Cash gave Ricco osborne the statement form,
Ricco osborne Neuer filled out the statement Form but
instead Ricco osborne hired my roommate Inmate Samuel clemmons
to Stabb me, 4 weeks later on 2/10/2021,
Inmate Samuel clemmons stabbed me in my sleep

— over —

I' Haven't been able to call home no Receive a tablet my free time since been Incarcerated has been An hrs. when no one is available, I'm being Held with no bond and no Lawyer now an attempt on my life, Inmate clemson after Attacking me Passed the Knife to Inmate montgomery TO hide the weapon Inmate montgomery was assigned to the cell next to my cell.

He was on free time, The attempt on my my life was planned and Has several parties involved officers and Inmates, I don't feel Safe In custody, I feel this the First OF many attempts to come If I'm not Released, I hope I'm Issued a tablet so I may contact my Family and notify them IF the attempt on my life Today all parties Involved. SGT Prine, officer cash, SGT Harris Inmate osborne, Inmate clemson, officer Gray, officer mcpherson. Inmate osborne is the reason for my attack he has all my victim "Jhon lee" name and lawyers numbers, officer cash can verify she Issued osborne the Statement form then lied to me ~~about~~ about telling SGT Harris of the Statement osborne was supposed to make ~~on my~~ osborne Stated to me John lee told him he lied about me shooting Him, and Having a gun. This is the Statement he was going to make to mrs Cash. But instead he Received a payment ~~From~~ John lee Lawyer or John lee paid for his Attorney. and the attack on my life was carried out Today. I fear for my life, I need to con~~tact~~tact my family and my lawyer Today The medical attention Received was Inadequate, I can't see Out of, my ~~the~~ left eye The doctor Asked me out the Bottle I feel [illegible]

[illegible] to call home no receive a tablet
my [illegible] time since been Incarcerated has been Am hrs.
when no one is available, I'm being Held with no bond and no Lawyer
now an attempt on my life, Inmate clemson after Attacking me
Passed the Knife to Inmate montgomery TO hide the weapon
Inmate montgomery was assigned to the cell next to my cell.
He was on [illegible] time, The attempt on my my life was planned
and Has several parties involved officers and Inmates, I don't feel
Safe In custody, I feel this the First OF many attempts ~~to~~ come
If I'm not Released, I hope I'm Issued a tablet so I may
contact my Family and notify them of the attempt on my ~~life~~ Today
all parties Involved. SGT Prince, officer cash, SGT Harris
Inmate osborne, Inmate clemson, officer Gray, Officer mcpherson.
Inmate osborne is the reason for my attack he has all
my victim "Jhon Lee" name and Lawyers numbers,
officer cash can verify She Issued osborne the Statement form
then Lied to me ~~[illegible]~~ about telling SGT Harris OF the
statement osborne was supposed to make ~~on my~~
Osborne Stated to me John Lee told him he Lied
about me shooting Him, and Having a gun. This is the
Statement he was going to make to mrs. Cash.
But instead he Received a payment ~~from~~ John Lee Lawyer
or John Lee paid for his Attorney. and the attack on my
Life was carried out Today. I fear for my life, I need
to contact my family and my Lawyer Today. The
medical attention Recieved was Inadequate, I can't see
Out of my ~~the~~ left eye. The doctor Asked me out the bottle I had
[illegible] - 357

④

## IV.    Statement of Claim (Cont'd)

close this Incident; as if I wasn't attacked; or if they want
to protect my attacker Jamanuel clemons.

_____

_____( see attached sheet.)_____

These officers violated my 8th amendment Rights
and failed to charge anyone in this murderous attempt on my
life while i was in custody and tone warned them
of a attack on my life.

## V.    Relief

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

I want to sue for personal Injury Damages, Punitive Damages
Failure to protect from prisoner physical Abuse, Neglect,
Negligence Intentional infliction of Emotional Distress,
Individual Capacity and official capacity or personal capacity
I want to be paid for my personal Damages @ 900 000 plus
Court cost, Attorney fees, medical expenses, on going medical treatment,
mental Health treatment, and lost wages (permanent Injuries)
Compensatory Damages, Deliberate Indifferences, Mental and Emotional injuries,
Constitutional Right violation, Causation,
Total suing for 1.7 million dollars in Damages.

_____

Rev. 12/5/07

⑤

V.    Relief (Cont'd)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Signed this   12 th   day of   MARch                    , 20 22 .


Baratunde D. Bruton
Signature of Plaintiff

STATE OF   Georgia
COUNTY (CITY) OF   Fulton

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON   MArch  12 th  2022
                        (Date)


Baratunde D. Bruton
Signature of Plaintiff

Rev. 12/5/07